IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICOLE MARIE CHURCH, | ) | 8:12CV354 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| TIMOTHY P. BURNS, MICHAEL | ) | |
| G. HEAVICAN, Chief Justice, and | ) | |
| OFFICE OF THE ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis (filing no. 2), and an updated Motion for Leave to Proceed In Forma Pauperis on October 9, 2012 (filing no. 5). Upon review of Plaintiff's Motions, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 17th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge